*Closed*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS KIM, an individual, <br><br> Plaintiff, <br><br> v. <br><br> LIBERTY MUTUAL GROUP INC., a Massachusetts corporation; and DOES 1 through 50, inclusive, <br><br> Defendants. | Case No.: 2:10-cv-04862 ODW (FMOx) <br><br> [PROPOSED] JUDGMENT <br><br> DATE: OCTOBER 24, 2011 <br> TIME: 1:30 P.M. <br> CRTRM: "11" <br><br> Judge: Otis D. Wright II <br> Courtroom: 11 <br> Magistrate: Fernando M. Olguin <br><br> State Court Action Filed: April 2, 2010 <br> **Pre-Trial Conference: November 14, 2011** <br> **Trial Date: December 6, 2011** |

This action came on for hearing before the Court on October 24, 2011, the Honorable Otis D. Wright II, presiding, on a Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, and the evidence presented having been fully considered, the issues having been fully heard and a decision having been rendered,

///

**IT IS ORDERED AND ADJUDGED** that Plaintiff, LEWIS KIM, take nothing, that the action be dismissed on the merits, and that Defendant LIBERTY MUTUAL GROUP INC., recover its costs.

**IT IS SO ORDERED:**

DATED: 11/23, 2011

_____
Hon. Otis D. Wright II, U.S. District Judge
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA