

Closed

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS KIM, an individual,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL GROUP INC.,<br>a Massachusetts corporation; and<br>DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | Case No.: 2:10-cv-04862 ODW (FMOx)<br><br>~~[PROPOSED]~~ JUDGMENT<br><br>DATE:　　OCTOBER 24, 2011<br>TIME:　　1:30 P.M.<br>CRTRM: "11"<br><br><br>Judge:　　　　Otis D. Wright II<br>Courtroom:　11<br>Magistrate:　Fernando M. Olguin<br><br><br>State Court Action Filed: April 2, 2010<br>Pre-Trial Conference: November 14, 2011<br>Trial Date: December 6, 2011 |

This action came on for hearing before the Court on October 24, 2011, the Honorable Otis D. Wright II, presiding, on a Motion for Summary Judgment or, Alternatively, Partial Summary Judgment, and the evidence presented having been fully considered, the issues having been fully heard and a decision having been rendered,

/ / /

1    **IT IS ORDERED AND ADJUDGED** that Plaintiff, LEWIS KIM, take nothing,

2    that the action be dismissed on the merits, and that Defendant LIBERTY MUTUAL

3    GROUP INC., recover its costs.

4

5    **IT IS SO ORDERED:**

6

7    DATED: _____11/23_____, 2011          _____

8                                          Hon. Otis D. Wright II, U.S. District Judge
                                           UNITED STATES DISTRICT COURT
9                                          CENTRAL DISTRICT OF CALIFORNIA

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

*Lewis Kim v. Liberty Mutual Group, Inc.*          Case No.:  2:10-CV-04862 ODW (FMOx)
*JUDGMENT*                                                            Page - 2 -